# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 423 | **DATE** | 5/28/2008 |
| **CASE TITLE** | USA vs. Jon Davis | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Jon Davis appears in response to arrest on 05/27/08. Defendant informed of his rights. Enter Order appointing John F. Murphy from the Federal Defender Program as counsel for the defendant for the initial appearance only. Government moves for pretrial detention. Detention hearing set for 05/30/08 at 2:00 p.m. Status hearing on preliminary examination set for 05/30/08 at 2:00 p.m. Defendant shall remain in custody pending the detention hearing.

*Geraldine Soat Brown*

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|