## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 423 | **DATE** | 5/30/2008 |
| **CASE TITLE** | USA vs. Jon Davis | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government and defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released on Monday 06/02/08 no later than 10:00 a.m. Status hearing held. Defendant waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings. Status hearing set for 06/25/08 at 10:30 a.m. *Geraldine Soat Brown*

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:10 detention hrg    00:05 prelim

| | Courtroom Deputy Initials: | NTF |
|---|---|---|