**FILED**
**JUN 2 4 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE PALLMEYER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   08 CR 0423 |
| v. ) | |
| ) | Violation: Title 18, United States Code |
| JON DAVIS ) | Section 2113(a) |
| ) | |

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about May 27, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

JON DAVIS,

defendant herein, by intimidation, did take from the person and presence of a bank employee approximately $4,670 in United States currency belonging to and in the care, custody, control, management, and possession of National City Bank, 2300 North Western Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY