**08 CR 423**    *felony*

**FILED**

MAGISTRATE JUDGE    UNITED STATES DISTRICT COURT
GERALDINE SOAT BROWN    NORTHERN DISTRICT OF ILLINOIS

JUN 2 4 2008

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐    YES ☒    If the answer is "Yes", list the case number and title of the earliest filed complaint:
   USA v. Jon Davis - 08 CR 423    *Soat Brown*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒    YES ☐    If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?    NO ☒    YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒    YES ☐    If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?    NO ☒    YES ☐

6) What level of offense is this indictment or information?    FELONY ☒    MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**    NO ☒    YES ☐

8) Does this indictment or information include a conspiracy count?    NO ☒    YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ............ (II) | ☐ Income Tax Fraud .......... (II) | ☐ DAPCA Controlled Substances .... (III) |
| ☐ Criminal Antitrust (II) | ☐ Postal Fraud .......... (II) | ☐ Miscellaneous General Offenses .... (IV) |
| ☒ Bank robbery ........... (II) | ☐ Other Fraud .......... (III) | ☐ Immigration Laws ............ (IV) |
| ☐ Post Office Robbery ...... (II) | ☐ Auto Theft .......... (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
| ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ............. (IV) |
| ☐ Assault ............... (III) | ☐ Forgery .......... (III) | ☐ Motor Carrier Act ............. (IV) |
| ☐ Burglary ............... (IV) | ☐ Counterfeiting .......... (III) | ☐ Selective Service Act ......... (IV) |
| ☐ Larceny and Theft ....... (IV) | ☐ Sex Offenses .......... (II) | ☐ Obscene Mail ............ (III) |
| ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana .......... (III) | ☐ Other Federal Statutes .......... (III) |
| ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics .......... (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.

Title 18 USC §2113(a)

MEGAN CHURCH
Assistant United States Attorney

(Revised 12/99)