# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 423 | **DATE** | 6/25/2008 |
| **CASE TITLE** | USA vs. Jon Davis | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant's unopposed oral motion to modify bond and conditions of release is granted. Defendant may take a daily walk with his family, which shall not exceed 2 hours.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|