## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 423 - 1 | **DATE** | 7/8/2008 |
| **CASE TITLE** | USA vs. Jon Davis | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts. 16.1 conference to be held by or on 7/22/2008. Pretrial motions to be filed by or on 7/31/2008. Government's response to be filed by or on 8/7/2008. Status hearing set for 8/18/2008 at 10:00; Defendant's presence is waived. Order same bond to stand. Excludable time to begin pursuant to 18:3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|