# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer  *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 423 - 1 | **DATE** | 8/18/2008 |
| **CASE TITLE** | U SA vs. Jon Davis | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/18/2008. Status hearing set for 9/23/2008 at 9:00. Order excludable time to begin pursuant to 18:3161(h)(1))(I) for plea negotiations. (X-7)

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:08-cr-00423　Document 17　Filed 08/18/2008　Page 1 of 1

08CR423-1　USA vs. Jon Davis　　　　Page 1 of 1